# MINUTES OF THE ANNUAL MEETING OF THE BOARD OF DIRECTORS

## OF CASHCALL, INC.

a California Corporation

The annual meeting of the Board of Directors of the Corporation was held at the office of the corporation, on December 3, 2012.

The Director present was Chairman J. Paul Reddam.

The Chairman stated that nominations for officers of the Corporation were in order. The following persons were nominated and thereupon elected to the position opposite their names to serve until their successors are elected and qualified:

| | |
|---|---|
| J. Paul Reddam | PRESIDENT |
| Hilary Holland | VICE PRESIDENT |
| Ronald Radziminsky | SECRETARY |
| Delbert Meeks | TREASURER |

The President, Vice President, Secretary and Treasurer thereupon assumed their respective offices.

The President then presented and read the minutes of the annual meetings of shareholders of this Corporation, and the same were, on motion duly made, seconded and unanimously carried, in all respects ratified and adopted by the sole member of the Board of Directors.

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the same was adjourned.

_____
J. Paul Reddam
Sole Member of the Board of Directors

EXHIBIT D