```
State of Delaware
Secretary of State
Division of Corporations
Delivered 06:01 PM 03/15/2010
FILED 05:47 PM 03/15/2010
SRV 100281666 - 4799664 FILE
```

## STATE *of* DELAWARE

## LIMITED LIABILITY COMPANY

## CERTIFICATE *of* FORMATION

## WS FUNDING LLC

This Certificate of Formation of WS Funding LLC, dated as of March 15, 2010, is being duly executed and filed by the undersigned, as an authorized person, to form a limited liability company under the Delaware Limited Liability Company Act (Title 6 of the Delaware Code Section 18-101 et seq.).

FIRST. The name of the limited liability company formed hereby is WS Funding LLC.

SECOND. The address of the registered office in the State of Delaware is c/o RL&F Service Corp., One Rodney Square, 10th Floor, 10th and King Streets, P.O. Box 551, Wilmington, Delaware 19801.

THIRD. The name and address of the registered agent for service of process in the State of Delaware are RL&F Service Corp., One Rodney Square, 10th Floor, 10th and King Streets, P.O. Box 551, Wilmington, Delaware 19801.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation as of the date first above written.

Name: J. Paul Reddam
Title: President



1151715141