Exhibit H: iSpot.tv "Western Sky Financial Problem Solver Loan TV Spot" page (July 15, 2013)





### People, Places & Things

| | |
|---|---|
| Actors | Amanda Howell<br>Actor/Actress |
| | +Add Actor |
| Music | + Add Song |

### Commercial Airing Data

| | |
|---|---|
| Recently Aired | Mon, Jul 15, 2013 5:40 AM PST (1rs 10s ago) |
| Recently Aired On | A&E Biography (See All Networks) |
| Recently Aired During | Find & Design (See All Shows) |
| Market | National |
| Total Airings | 9,191 (See All) |
| Spot Spend Rank | 348 |

Pabcac or data on this page provided in collaboration with convertro

### Spot Analytics Track This Commercial

- View all the airing dates, times, networks and shows.
- Download a HD copy of creative.
- Charts, graphs and advanced filters.

Click here to learn more and get access

### Comments

Add a comment...

Comment using...

**Billy Carmody**
Everytime I see the problem solver commercial from western sky with that squaw trying to fuck over people on a loan who repeats shit twice makes me want to go to the nearest reservation and drop off a case of smallpox infected blankets.
Reply · 6 · Like · February 27 at 5:25am

**Troy Thiel** · Real Estate Consultant at Keller Williams Capitol Square, Madison Wisconsin
she sorta freaks me out.
Reply · Like · February 15 at 4:15pm

Facebook social plugin



Concert

Money Mutual TV Spot, Fast Extra Cash feat. Montel Williams

### Related Advertisers

- Quicken Loans
- Credit Karma
- TurboTax
- Money Mutual
- FreeCreditScore.com

### Related Products

- Credit Karma App
- Quicken Loans 30-Year Fixed Mortgage
- Quicken Loans YOURgage
- TurboTax Federal FREE Edition
- FreeCreditScore.com Score Planner

Exhibit •: iSpot.tv "Western Sky Financial Problem Solver Loan TV Spot" frames (July 15, 2013)



