

P.O. Box 66007
Anaheim, CA 92816

Wednesday, June 12, 2013

GLENN ALLHOFF

RE: Loan #▮452

Dear Borrower,

I have been personally assigned to service your loan. I have been trying to reach you for the past few days regarding the payments that are due.

I am here to help you address this debt obligation, but you need to contact me. My direct phone number is 469-242-4254. You may also reach me at 1-866-899-1844 ext.4254.

CashCall has many options available to help you repay your loan as well as protect your credit. However, I can not help you unless I speak with you. You may e-mail CashCall directly at customer.assistance@cashcall.com.

Sincerely,

Alica Grant

This communication is an attempt to collect a debt and any information obtained will be used for this purpose. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.



EXHIBIT M



PO Box 66007
Anaheim, CA 92816

Sunday, June 16, 2013

Glenn Allhoff



Re : Loan # 2██████452

Dear Borrower,

Your account is now past due. We have not received your payment and pursuant to your loan documents, a $29.00 late fee has been assessed to your account.

If you have not mailed your payment or recently talked to one of our customer service representatives prior to receiving this letter, please call our Customer Service department at 877-525-2274.

Your loan has now been transferred to the collections department and a loan counselor has been assigned to your loan. Our loan counselors will be able to assist you with a short term payment solution.

Sincerely,
CashCall Customer Service
877-525-2274

*This communication is an attempt to collect a debt and any information obtained will be used for this purpose. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.*



P.O. Box 66007
Anaheim, CA 92816

Tuesday, June 25, 2013

GLENN ALLHOFF

RE: Loan # ████52

Dear Borrower,

I have been personally assigned to service your loan. I have been trying to reach you for the past few days regarding the payments that are due.

I am here to help you address this debt obligation, but you need to contact me. My direct phone number is 469-242-4254. You may also reach me at 1-866-899-1844 ext.4254.

CashCall has many options available to help you repay your loan as well as protect your credit. However, I can not help you unless I speak with you. You may e-mail CashCall directly at customer.assistance@cashcall.com.

Sincerely,

Alica Grant


This communication is an attempt to collect a debt and any information obtained will be used for this purpose. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.



P.O. Box 66007
Anaheim, CA 92815

Monday, July 01, 2013

GLENN ALLHOFF

RE: Loan # ████452

Dear Glenn Allhoff,

You have breached your contract and your Loan # ████452 with CashCall, Inc. is now in default. You must bring the loan current by sending the amount shown below to CashCall, Inc. in the form of a MoneyGram, money order, or certified check.

The total amount due as of 07/01/2013 is $1,031.16

Principal and Interest    $973.16
Fees           $58.00
Total Amount Due    $1,031.16

You must include any additional payments or late charges that become due, along with the amount shown above, to bring your account current. CashCall, Inc.'s acceptance of less than the total amount due does not waive our right to demand the entire balance due under the terms of your contract.

If you fail to bring your account current within 15 days of the date of this letter, we may exercise acceleration of the loan and demand the entire balance outstanding under the terms of your loan agreement. This amount includes, but is not limited to, principal, interest, and all other outstanding charges. We may also pursue all actions afforded to CashCall under the terms of your contract to collect these amounts. You will have the right to bring your loan current even after these actions have begun.

We want to work with you to resolve the problem and help you bring your account into good standing. We urge you to contact our collections department at the toll free number (866) 899-1844; we will be happy to discuss possible solutions to the delinquency.

Sincerely,


Customer Assistance

This communication is an attempt to collect debt and any information obtained will be used for that purpose. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.